**Order entered May 30, 2014**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-01700-CV

### ORCA ASSETS, G.P., L.L.C., Appellant

### V.

### JPMORGAN CHASE BANK, N.A., ET AL., Appellees

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-05303**

## ORDER

We **GRANT** appellant's May 29, 2014 third motion for an extension of time to file a brief. Appellant shall file its brief **on or before JUNE 16, 2014**. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/    ADA BROWN
         JUSTICE